# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M208958
E/ct

RANDALL T. ENG, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
MARK C. DILLON
RUTH C. BALKIN, JJ.

2015-06410                                                    DECISION & ORDER ON MOTION

In the Matter of Attorneys and Counselors-
at-Law who are alleged to be in violation
of the Judiciary Law § 468-a.

Application by the Grievance Committee for the Tenth Judicial District to suspend certain attorneys and counselors-at-law from the practice of law for their failure to comply with the attorney registration requirements, in violation of Judiciary Law §§ 90(2) and 468-a. By decision and order on motion dated December 10, 2015, this Court directed that (1) the attorneys and counselors-at-law listed herein below be served with a notice of petition and petition, as well as a copy of the decision and order on motion, by publication of the names and last registered or known business addresses of those attorneys and counselors-at-law, or, in the absence of a business address, the last known home address of those attorneys and counselors-at-law, in the New York Law Journal on five consecutive business days beginning one week after the date of the decision and order on motion, and (2) in accordance with the aforesaid notice of petition and petition, upon the failure of any attorney or counselor-at-law listed in the published notice to submit proof establishing his or her full compliance with all registration requirements under Judiciary Law § 468-a, together with an explanation of his or her failure to respond to the previous notifications of default, within 30 days of the last day of publication of the notice, the Court would, upon application of the Grievance Committee for the Tenth Judicial District made without notice, issue an order immediately suspending such attorney from the practice of law in the State of New York.

Pursuant to the decision and order on motion of this Court dated December 10, 2015, the names and addresses of the attorneys and counselors-at-law, listed herein below, were published, together with the petition and a copy of the decision and order on motion, in the New York Law Journal on five consecutive business days (December 17, 2015, December 18, 2015, December 21, 2015, December 22, 2015, and December 23, 2015). None of the attorneys and counselors-at-law

April 15, 2016                                                                        Page 1.
MATTER OF ATTORNEYS AND COUNSELORS-AT-LAW WHO ARE ALLEGED TO BE
IN VIOLATION OF JUDICIARY LAW § 468-A

listed herein below have submitted proof establishing his or her compliance with the registration requirements of Judiciary Law § 468-a, or otherwise responded to the notice of petition and petition.

Upon the papers filed in support of the application, it is

ORDERED that the application is granted; and it is further,

ORDERED that pursuant to Judiciary Law §§ 90(2) and 468-a, the attorneys and counselors-at-law whose names are listed herein below are immediately suspended from the practice of law in the State of New York until further order of this Court, and it is further,

ORDERED that the attorneys and counselors-at-law whose names are listed herein below shall promptly comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (*see* 22 NYCRR 691.10); and it is further,

ORDERED that pursuant to Judiciary Law § 90, during the period of suspension and until further order of this Court, the attorneys and counselors-at-law whose names are listed herein below are commanded to desist and refrain from (1) practicing law in any form, either as principal or agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application, or any advice in relation thereto, and (4) holding themselves out in any way as an attorney and counselor-at-law; and it is further,

ORDERED that any attorney and counselor-at-law whose name is listed herein below who has been issued secure pass by the Office of Court Administration, shall return the secure pass forthwith to the issuing agency and the attorney shall certify to the same in his or her affidavit of compliance pursuant to 22 NYCRR 691.10(f).

| Attorney Names | Attorney Registration Numbers |
|---|---|
| Ackerman, Stewart Jeffrey | 2493989 |
| Afra, Sohrab Steven | 3051497 |
| Antonacci, Richard C. | 1599935 |
| Bauer, Richard Lee | 1865062 |
| Bingham, John K. | 2073757 |
| Bingham, Katharine King | 1755867 |
| Brennan, Thomas J., Jr. | 2250686 |
| Christopher, Edward Francis | 1665553 |
| Cohen, David Michael | 2108009 |
| Cunningham, Myles C. | 2028249 |
| Deziel, Christopher Joseph Leo | 2121176 |
| Dubner, Wendy Beth | 2763373 |
| Faung, Kai Lin | 2046225 |

| | |
|---|---|
| Feinsod, George Irwin | 1291426 |
| Fischer, Leonard Mark | 2324374 |
| Flaherty, Margaret Patricia | 2577872 |
| Fuchs, Jonathan Neil | 2530681 |
| Futterman, Laurence W. | 1328624 |
| Gardella, Paul S. | 2645208 |
| Gates, Ian M. | 4248464 |
| Goldberg, Bruce Edward | 2440774 |
| Graves, Mary Jane | 2318947 |
| Ha, Kyusoo | 2896124 |
| Haber, Jeffrey Paul | 2936854 |
| Hackett, James Clifford | 2431013 |
| Hageman, Joseph Michael | 2134740 |
| Hannigan, Stephen F. | 2036473 |
| Hardy, Bernard James | 2134344 |
| Harms, Brian Gerard | 1959824 |
| Harris, Teresa Camille | 2946556 |
| Harvard, Andrew C. | 2022382 |
| Hausler, Gary J. | 1183045 |
| Hawes, Adrianne | 1693522 |
| Hazard, James Gardiner | 1821305 |
| Healy, Gavin | 4162871 |
| Hendel, Neal Marc | 1265917 |
| Henner, Jonathan | 4473195 |
| Hemschoot, Paul Joseph | 1428655 |
| Herard, M. Florence | 2219244 |
| Herrel, Michele | 1859990 |
| Higgins, Walter J. | 1334275 |
| Hill, Brian Phillip | 4187852 |
| Hinman, Mary Karlynn | 1347699 |
| Hirsch, Vincent Christopher | 2470961 |
| Hodges, Krisana Maria | 3967593 |
| Hodkin, Peter Mark | 1238302 |
| Hoff, Bert H. | 1226703 |
| Holt, Denise Nicole | 2687382 |
| Homsy, Joseph Gerard | 1134113 |
| Hong, Xing | 2679496 |
| Hood, Charles Edward Crossley | 2748044 |
| Horzepa, Joseph Edward | 2743854 |
| Huberman, Michael | 2362531 |
| Huie, Allen Tat Yan | 1912187 |
| Hummel, Cynthia L. | 2280204 |
| Hurwitz, Marisa Cheryl | 2484418 |

April 15, 2016                                                                 Page 3.
MATTER OF ATTORNEYS AND COUNSELORS-AT-LAW WHO ARE ALLEGED TO BE
IN VIOLATION OF JUDICIARY LAW § 468-A

| | |
|---|---|
| Hutchinson, Darren Lenard | 2629764 |
| Imai, Kenji | 1826643 |
| Jacobson, Joseph Laurence | 1162551 |
| Jermyn, Thomas Peter | 2170793 |
| Jin, Jaebeom | 2860468 |
| Johnson, Justin Foster | 2307882 |
| Johnson, William Charles | 2548675 |
| Judge, Donald J. | 1509199 |
| Kallman, Bonnie Robbins | 2245694 |
| Kaplan, Bennett E. | 1719723 |
| Kaplan, Jean-Pierre James | 1212083 |
| Kaplan, Jerrold Michael | 2475333 |
| Kapur, Jyotsana Bela | 2558211 |
| Kargul, Jo Ann Marie | 2442564 |
| Kasenow, Robert Charles III | 2978799 |
| Keeton, Vincent Andre | 3895893 |
| Kelepouris, Evanna | 2663359 |
| Kennedy, Una | 2207520 |
| Kessler, Dan H. | 1134105 |
| Kim, Bohyoung | 4512299 |
| Kim, Chan | 3892049 |
| Kim, Dongeun | 4065702 |
| Kim, Younghee | 2556744 |
| King, Edward John | 1954858 |
| Kitsukawa, Kenichi | 2998334 |
| Klippel, Scott | 1301332 |
| Klotsche, Matthew Scott | 4516480 |
| Kohn, Gloria Y. | 1792019 |
| Kohn, William James | 1685627 |
| Kotlyar, Polina | 1947506 |
| Koutsoupis, John | 2419943 |
| Kowen, Joseph | 2105864 |
| Kramer, Arthur Stuart | 1367515 |
| Kramer, Marvin S. | 1375898 |
| Krauss, William Steven | 3027463 |
| Kuan, Chung-Hsi Vincent | 3982113 |
| Kumo, Fumio | 1949262 |
| Kuzycz, Adrian I. | 3017480 |
| Lackenbach, Elliot Andor | 1387240 |
| Lamptey, Naa Lamle | 4166385 |
| Landes, Beth Ilana | 2970150 |
| Landy, Alex P. | 1677947 |
| Larks, Laura A. | 2263564 |

April 15, 2016                                                                          Page 4.
MATTER OF ATTORNEYS AND COUNSELORS-AT-LAW WHO ARE ALLEGED TO BE
IN VIOLATION OF JUDICIARY LAW § 468-A

| | |
|---|---|
| Lau, Lillian Wai-Lan | 3948361 |
| Lavi, Shmuel | 2282580 |
| Lawrence, Joseph Peter | 1265180 |
| Lawrie, Robert G. | 1698240 |
| Lazar, Jason Marc | 2808533 |
| Le, Vu Xuan | 4150280 |
| Lee, Cherng | 2416345 |
| Lee, Dong-Cheol | 2981611 |
| Lee, Gerald Blake | 2945343 |
| Lee, Hye Jeong Kim | 2828614 |
| Lee, Injae | 2768885 |
| Lee, Sangjin | 2169241 |
| Leitner, Patricia Ann | 2068336 |
| Lesansky, Stuart | 1332683 |
| Leung, Enrique | 2519924 |
| Levin, Robert Brice | 2172286 |
| Levine, Cari-Ann Robyn | 4161469 |
| Lian, Gerard J. | 2353670 |
| Libert, Victor Emmanuel | 1231836 |
| Lieberman, Menachem Chaim | 2605608 |
| Lieberman, Mindle Sarah | 2565422 |
| Lim, Wonshick | 2195881 |
| Lin, Yen-Chun | 4637724 |
| Lippelman, Robert Peck | 2312858 |
| Lloyd, Yonah | 2371805 |
| Loewenstein, Robert A. | 2242196 |
| Luchs, Gregg | 2401487 |
| Lyons-Gibson, Lois M. | 2089654 |
| MacGrady, Glenn J. | 1956937 |
| Magnabousco, Joanne M. | 2664266 |
| Mangini, Douglas Clark | 2244663 |
| Masithela, Mohale Solomon | 2813400 |
| Matcovsky, Joel Jay | 1092907 |
| Mathis, Henry A. | 1439629 |
| Mazile, Therese M. | 4101069 |
| McGinn, Timothy Michael | 4174918 |
| McGuire, Alexandria A. | 3045580 |
| McGuire, Regina | 2177012 |
| McDonald, Matthew J. | 1945740 |
| McManus, Thomas Eugene | 2022200 |
| Meltzer, Susan Joan | 1696830 |
| Meneses, Walter Michael | 2027282 |
| Meyer, Amy E. | 2787653 |

MATTER OF ATTORNEYS AND COUNSELORS-AT-LAW WHO ARE ALLEGED TO BE
IN VIOLATION OF JUDICIARY LAW § 468-A

| | |
|---|---|
| Mifsud, Paul Vladimier | 1281104 |
| Mishalove, Robert C. | 1585447 |
| Monson, Roland Hintze | 2283869 |
| Moore, Patricia Sylvia | 1657816 |
| Morris, Milton J. | 1093756 |
| Morris, Robert L. | 1080233 |
| Moynihan, Lauren Elizabeth | 3016672 |
| Mroczkowski, Marcella Daly | 1735786 |
| Mulvey, Mary Elizabeth | 2455814 |
| Murphy, Jeffrey John | 1140425 |
| Naik, Bela K. | 2734846 |
| Napp, David Anthony | 2125417 |
| Nasser, Ruxana | 1949924 |
| Nasser, Syed M. | 1859016 |
| Naughton, Karen Ann | 2101046 |
| Nelson, Joseph Anthony | 2719615 |
| Newman, Andrew M. | 1894773 |
| Newman, Russel Jay | 2683142 |
| Nicoll, Richard Allan | 1382886 |
| Nkembe, Mballe Masoma | 4177564 |
| Noto, Joseph Christopher | 1646421 |
| Obregon, Christena M. | 2555738 |
| Ogene, Chidi J. | 2970341 |
| O'Halloran, Gregory Todd | 4011094 |
| Oki, Andrea | 2830826 |
| Okoye, Endy Paul | 3055456 |
| Omelchenko, Larissa | 2169860 |
| O'Neill, Bairbre Eilis | 4143418 |
| O'Rourke, Steven Allen | 1648906 |
| Osborne, Christopher R. L. | 1944917 |
| Ouazzani-Chahdi, Anwar | 4239075 |
| Oxenhandler, Sherman | 1736677 |
| Pace, Ronald Edwin | 1323203 |
| Pahuja, Sanjay Kumar | 4277448 |
| Paredes, Jason Robert Mina | 4291464 |
| Parker, Victor A. | 1731660 |
| Parris, Trevor Randolph | 2545630 |
| Pastori, Pier Francesco | 2737989 |
| Pearlman, Marshall M. | 1115922 |
| Peck, Raymond A., Jr. | 2642023 |
| Peiser, Richard J. | 1572130 |
| Pena, Jessica | 4177663 |
| Permenter, Danielle Monique | 4183323 |

April 15, 2016 Page 6.
MATTER OF ATTORNEYS AND COUNSELORS-AT-LAW WHO ARE ALLEGED TO BE
IN VIOLATION OF JUDICIARY LAW § 468-A

| | |
|---|---|
| Phillips, Barry Howard | 2128320 |
| Phillips, Nia Aisha | 3055738 |
| Piacenti, Frank R. | 2405793 |
| Pilaro, Anthony Martin | 1783059 |
| Pinkernell, Dennis Richard | 1092030 |
| Pitzele, Mark David | 2569085 |
| Poch, Gerald Alan | 1619329 |
| Porada, Francis Christopher | 2325439 |
| Powell, Charmaine C. | 1921998 |
| Sarpong, Deen A. Adjei | 2452191 |
| Schonfeld, Donna A. | 1237080 |
| Schmitt, Edward Irwin | 1332261 |
| Solomon, Melvyn Jay | 1015155 |
| Spurlin, Richard Jude | 2418820 |
| Trabold-Bellino, Michele Alexis | 2586675 |
| Weiner, Jesse M. | 1696301 |
| Weisinger, Robert S. | 1885789 |
| White, Webster B. | 2935773 |

ENG, P.J., MASTRO, RIVERA, DILLON and BALKIN, JJ., concur.

ENTER:

Aprilanne Agostino
Clerk of the Court

MATTER OF ATTORNEYS AND COUNSELORS-AT-LAW WHO ARE ALLEGED TO BE
IN VIOLATION OF JUDICIARY LAW § 468-A